UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| GLENDA BROOM TUBBS, | ) | Civil Action No. 4:16-cv-1608-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

ORDERED that the Court authorizes a payment to Beatrice E. Whitten, Esquire, in the amount of Twenty-Five Thousand, Nine Hundred, Ninety-Six dollars and 75/00 cents ($25,996.75) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services. It is further ordered that upon receipt of this sum, and once Plaintiff's counsel receives payment pursuant to the July 6, 2017, Order (Dkt. No. 36) for an award of fees under the Equal Access to Justice Act, Plaintiff's counsel shall remit Three Thousand, Four Hundred, Thirty-One dollars and 80/00 cents ($3,431.80) directly to Plaintiff. This sum represents the amount paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

October 9, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge